UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-10, <br><br> Defendants. | Civil Action No. 15-cv-1404 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Plaintiff Cobbler Nevada, LLC answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1) Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

No.

**(2) Any member or owner in a joint venture or limited liability corporation (LLC)?**

Cobbler Nevada, LLC is owned by Voltage Productions, LLC.

**(3) Any partners in a partnership or limited liability partnership (LLP)**

No

**(4) Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 2nd day of September, 2015.

        s/David A. Lowe, WSBA No. 24,453
        Lowe@LoweGrahamJones.com
        LOWE GRAHAM JONES^PLLC
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104
        T: 206.381.3300
        Attorneys for Plaintiff Cobbler Nevada, LLC

CORPORATE DISCLOSURE
Civil Action No. 15-cv-1404
INIP-6-0020P01 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301