Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DAVID MCREYNOLDS, an individual;<br>MONYRIN OUN, an individual;<br>ERIC HAZEN, an individual;<br>RICHARD RIKARD, an individual; and<br>PEDRO ALONZO, an individual,<br><br>   Defendants. | Civil Action No. 15-cv-1404TSZ<br><br>VOLUNTARY DISMISSAL OF DOE 4 |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against Eric Hazen (Doe 4).

        s/ David A. Lowe, WSBA No. 24,453
         Lowe@LoweGrahamJones.com
        LOWE GRAHAM JONES<sup>PLLC</sup>
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104
        T: 206.381.3300

        *Attorneys for Plaintiff*

VOLUNTARY DISMISSAL OF DOES
Civil Action No. 15-cv-1404TSZ
INIP-6-0020P09 VDMISS - Doe 4

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301